# SHEA v. MACFARLAND.

---

This case is governed by the decision of the court in *Briscoe* v. *Macfarland,*
   *ante,* p. 167.

No. 1885.   Submitted October 14, 1908.   Decided November 16, 1908.

HEARING on an appeal by the complainant from a decree of
the Supreme Court of the District of Columbia, dismissing a
bill in equity to enjoin the commissioners of the District of
Columbia from selling complainant's land under a special as-
sessment for benefits, and to vacate the assessment.   *Affirmed.*

*Mr. Samuel Maddox* and *Mr. H. Prescott Gatley* for the ap-
pellant.

*Mr. Edward H. Thomas,* Corporation Counsel, for the ap-
pellee.

Mr. Chief Justice SHEPARD delivered the opinion of the
Court:

This case was submitted with No. 1886, *Briscoe* v. *Macfar-
land,* [*ante,* 167], and presents the same questions.   For the rea-
sons given in the opinion in that case, the decree will be af-
firmed, with costs.                                    *Affirmed.*